424 A.2d 502

**ESTATE of Anna INGAGLIO, Deceased.**

**Appeal of Josephine HATHAWAY, Appellant.**

Supreme Court of Pennsylvania.

Argued Oct. 21, 1980.

Decided Jan. 27, 1981.

James J. Heffernen, Norristown, for appellant.

William J. Furber, Jr., Norristown, for appellee.

Before O'BRIEN, C. J., and ROBERTS, NIX, LARSEN, FLAHERTY and KAUFFMAN, JJ.

## ORDER

PER CURIAM.

Order of the Court of Common Pleas of Delaware County, Orphans' Court Division, entered April 8, 1980, reversed. The matter is remanded to the Court of Common Pleas of Delaware County, Orphans' Court Division, for the holding of an evidentiary hearing to determine if appellant's non-compliance with a directive of that court was contemptuous.

LARSEN and FLAHERTY, JJ., dissent.